```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 01226
   NELSON L BAILEY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-7113

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 01/21/2008 and was not confirmed.

   The case was dismissed without confirmation 02/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME          CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                         PAID            PAID
--------------------------------------------------------------------------
COMMONWEALTH EDISON    UNSECURED         395.07           .00              .00
CAPITAL ONE            UNSECURED         683.36           .00              .00
SECOND START           DEBTOR ATTY          .00                            .00
TOM VAUGHN             TRUSTEE                                             .00
DEBTOR REFUND          REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                      --------------      --------------
TOTALS                     .00                     .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 05/27/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```